UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER PEARSON,

    Plaintiff,

v.

INGRAM BARGE COMPANY,

    Defendant.

Case No. 08-cv-897-JPG

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**KEENAN G. CASADY, CLERK**

**Dated: February 13, 2009**    s/Brenda K. Lowe, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**